Kirk J. Wolden, Esq., SBN 138902
CLAYEO C. ARNOLD, PLC
608 University Avenue
Sacramento, CA 95825
(916) 924-3100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ARTENSTEIN, individually and on behalf of those similarly situated<br><br>v.                                    Plaintiff(s)<br><br>MERCK & CO., INC.; SCHERING PLOUGH CORPORATION; SCHERING PLOUGH HEALTHCARE PRODUCTS, INC., et al.<br>                                        Defendant(s) | CASE NUMBER: C 08 0348 SC<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF**<br>**Rule 41(a)(1) F.R.Civ.P.** |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is
        *or*
[ ] Defendant(s)

                                                                                                                                are
hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: January 21, 2008                    _____
                                                          Plaintiff / Attorney for Plaintiff
                                           Kirk J. Wolden

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

CV-09 (01/01)     NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CCD-9