Kirk J. Wolden, Esq., SBN 138902
CLAYEO C. ARNOLD, PLC
608 University Avenue

Sacramento, CA  95825
(916) 924-3100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ARTENSTEIN, individually and on behalf of those similarly situated | CASE NUMBER: C 08 0348 SC |
| Plaintiff(s)<br>v.<br>MERCK & CO., INC.; SCHERING PLOUGH CORPORATION; SCHERING PLOUGH HEALTHCARE PRODUCTS, INC., et al.<br>Defendant(s) | **NOTICE OF DISMISSAL BY PLAINTIFF**<br>Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

[X]  The above-entitled action is
        *or*
[ ]  Defendant(s)

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: January 21, 2008

_____
Plaintiff / Attorney for Plaintiff
Kirk J. Wolden

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.



IT IS SO ORDERED
Judge Samuel Conti

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9